

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00456-CV

**IMPACTO MEDIA, INC.**,
Appellant

v.

**UNITED INDEPENDENT SCHOOL DISTRICT**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2019-CVH-001030-D3
Honorable Sid L. Harle, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
           Rebeca C. Martinez, Justice
           Patricia O. Alvarez, Justice

Delivered and Filed: August 7, 2019

DISMISSED

Appellant has filed an agreed motion to dismiss this appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). Appellant's motion is granted; this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1); 43.2(f). Per the parties' agreement, each party shall bear their respective costs. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM